UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-MJ-176-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ISRAEL DE LEON,  )<br>  )<br>    Defendant  ) | **ORDER GRANTING ADMISSION**<br>*PRO HAC VICE* |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Special Admission To Practice *Pro Hac Vice*" (Document No. 10) concerning Eric Jarvis, filed May 30, 2012. Mr. Jarvis seeks to appear as counsel *pro hac vice* for Defendant Israel De Leon.

Upon review and consideration of the Motion, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Jarvis is admitted to appear before this court *pro hac vice* on behalf of Defendant Israel De Leon, and is hereby instructed to submit the necessary fee as soon as possible..

**SO ORDERED**.

Signed: May 30, 2012

David C. Keesler
United States Magistrate Judge